UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CHARLES MIGUES** | **CIVIL ACTION NO. 11-cv-522** |
| **VERSUS** | **JUDGE HAIK** |
| **NATIONAL WELDING SUPPLY CO. INC., ET AL** | **MAGISTRATE JUDGE HANNA** |

## ORDER REGARDING JURISDICTION

The record shall reflect that this Court conducted a review of the pleadings to determine whether the requirements for federal question jurisdiction have been satisfied, as asserted in removal documents. The undersigned finds that the pleadings present claims arising under the Constitution, laws, or treaties of the United States, including claims under Title VII of the Civil Rights Act at 42 U.S.C. §2000e et seq, over which claims the Court shall have original jurisdiction per 28 U.S.C. §1331. Per provisions of 28 U.S.C. §1367(a), the Court has supplemental jurisdiction over the related state law claims asserted in the pleadings.

Signed at Lafayette, Louisiana this 24th day of January, 2012.

Patrick J. Hanna
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)